IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Earnestine Weathersby, Debtor          Case No. 24-01114-KMS
                                                       CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF MADISON

Louis H. Watson, Jr., of Watson & Norris, PLLC, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's EEOC claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the __24th__ day of __July__, 20__25__.

           X __/s/Louis H. Watson, Jr.__

      By: __Louis H. Watson, Jr.__

SWORN TO AND SUBSCRIBED BEFORE ME, this the __24th__ day of __July__, 20__25__.



_____
NOTARY PUBLIC