IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Earnestine Weathersby                              Case No. 24-01114-KMS
, Debtor                                                                    CHAPTER 13

### NOTICE

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief, which shall sustain this Motion.

Date: October 10, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           PO Box 13767
                                           Jackson, MS 39236
                                           601-500-5533
                                           trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Earnestine Weathersby                                    Case No. 24-01114-KMS
, Debtor                                                                               CHAPTER 13

**MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS**

COMES NOW, Thomas C. Rollins, Jr., attorney for Earnestine Weathersby (Debtor), and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

**SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS**

3. On or about July 28, 2025, Watson & Norris ,PLLC was employed as Special Counsel (Dk# 45) representing Debtor in a EEOC claim. That Debtor and Special Counsel agreed to a contingency fee of 45% plus expenses.

4. The personal injury claim is now settled in the gross amount of $47,706.62. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5. Debtor Debtor requests settlement approval and authority to pay the settlement proceeds of $47,706.62 to the Chapter 13 Trustee, who shall then disburse the claim proceeds as follows:

   a. Special Counsel's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $21,467.98

      b.      Expenses: none (waived)

      c.      The remaining $26,238.64 shall be retained by the Trustee and distributed first to allowed administrative expense claims, including the allowed claim of Debtor's Attorney, Thomas C. Rollins, Jr., with any remaining balance thereafter to be distributed to unsecured creditors in accordance with the Bankruptcy Code.

### COMPENSATION OF SPECIAL COUNSEL

6.      That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7.      To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8.      That the attorneys are duly licensed and authorized, practicing in Mississippi.

9.      On or about July 28, 2025, Morgan & Morgan was employed as Special Counsel (Dk# 45) representing Debtor in a personal EEOC. That claim is now settled pending Court approval. That Debtor and Special Counsel agreed to a contingency fee of 45% plus expenses.

10.     Debtor is entitled to a distribution from a settlement in the gross amount of $47,706.62. Special Counsel requests attorney's fees of $21,467.98 representing 45% of the

gross settlement and $0.00 as reimbursement of necessary expenses. That a 45% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

                Respectfully submitted,

                Morgan & Morgan

                BY: /s/ Thomas C. Rollins, Jr.

                Thomas C. Rollins, Jr. (MSBN 103469)
                Jennifer A Curry Calvillo (MSBN 104367)
                The Rollins Law Firm, PLLC
                P.O. Box 13767
                Jackson, MS 39236
                601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on October 14, 2025 to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr. (MSBN 103469)

   c. The remaining $26,238.64 shall be distributed by the Trustee first to allowed administrative expense claims, including the allowed claim of Debtor's Attorney, Thomas C. Rollins, Jr., pursuant to the standing order regarding payment of attorney fees in Chapter 13, with any remaining balance thereafter distributed to unsecured creditors pursuant to the Bankruptcy Code.

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross settlement proceeds to the Chapter 13 Trustee. The Trustee shall distribute the proceeds as provided above. The Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

EARNESTINE WEATHERSBY

CASE NO: 24-01114

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/10/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>EARNESTINE WEATHERSBY | CASE NO: 24-01114<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/10/2025, a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/10/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-01114
SOUTHERN DISTRICT OF MISSISSIPPI
FRI OCT 10 12-5-31 PST 2025

(U)ADVANCED RECOVERY SYSTEMS INC

(D)ADVANCED RECOVERY SYSTEMS INC

EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

WATSON  NORRIS  PLLC
1880 LAKELAND DRIVE
SUITE G
JACKSON   MS 39216-4972

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ADVANCE AMERICA
4237B LAKELAND DR
FLOWOOD   MS 39232-9212

ADVANCED RECOVERY SYSTEMS  INC
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON MS 39130-2058

AMERICAN FIRST FINANCE  LLC
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

AMERICAN FIRST FINANCI
PO BOX 565848
DALLAS  TX 75356-5848

ASHRO
3650 MILWAUKEE ST
MADISON  WI 53714-2304

ASHRO LIFESTYLE
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS   TX 75380-0849

(P)CAINE  WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

COMENITY CAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMPLETE CREDIT
ATTN BANKRUPTCY
2921 BROWN TRAIL
STE 100
BEDFORD  TX 76021-4174

CREDIT COLLECTION
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD  MA 02062-2679

CREDIT COLLECTION
PO BOX 607
NORWOOD  MA 02062-0607

CREDIT ONE
PO BOX 98872
LAS VEGAS  NV 89193-8872

EXETER FINANCE LLC
ATTN BANKRUPTCY
PO BOX 166008
IRVING  TX 75016-6008

EXETER FINANCE LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FASTPACE MISSISSIPPI
1621 W PEACE ST
CANTON  MS 39046-9041

GINNYS
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

GINNYS
PO BOX 2825
MONROE  WI 53566-8025

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JOHN S SIMPSON  ESQ
SIMPSON LAW FIRM  PA
FOR ADVANCED RECOVERY SYSTEMS  INC
PO BOX 2058
MADISON  MS 39130-2058

(P)KLS FINANCIAL SERVICES
PO BOX 565
MORRISVILLE NC 27560-0565

| | | |
|---|---|---|
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE  NY 11804-9001 | MIDNIGHT VELVET<br>ATTN BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE  WI 53566-1364 |
| MIDNIGHT VELVET<br>ATTN BANKRUPTCY<br>1112 SEVENTH AVE<br>MONROE  WI 53566-1364 | MIDNIGHT VELVET<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 | MONROE  MAIN<br>ATTN BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE  WI 53566-1364 |
| MONROE  MAIN<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 | MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 | PROGRESSIVE INSURANCE<br>6300 WILSON MILLS RD<br>CLEVELAND  OH 44143-2182 |
| PURPOSE FINANCIAL INC<br>PO BOX 3058<br>SPARTANBURG SC 29304-3058 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | SAFE CO INSURANCE<br>PO BOX 6476<br>CAROL STREAM  IL 60197-6476 |
| SEVENTH AVE<br>ATTN BANKRUPTCY<br>1112 7TH AVE<br>MONROE  WI 53566-1364 | SEVENTH AVENUE<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 | UNITED CONSUMER<br>ATTN BANKRUPTCY<br>865 BASSETT ROAD<br>WESTLAKE  OH 44145-1194 |
| EXCLUDE<br><br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | VERIZON WIRELESS<br>ATTN BANKRUPTCY<br>500 TECHNOLOGY DR<br>STE 599<br>WELDON SPRINGS  MO 63304-2225 |
| EXCLUDE<br><br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | DEBTOR<br><br>EARNESTINE WEATHERSBY<br>1553 SIMPSON HWY 28 W<br>PINOLA  MS 39149-3139 | EXCLUDE<br><br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 |