# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Earnestine Weathersby, Debtor                    Case No. 24-01114-KMS
                                                                                                    CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 Plan was confirmed on July 9, 2026.

3. Since confirmation, the claims bar date has passed and creditors have filed proofs of claim in this matter.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. The Debtor further requests that the plan payment be recalculated by the Chapter 13 Trustee based upon the amount necessary to pay all timely filed and allowed claims over the remaining portion of the sixty (60) month applicable commitment period, along with any trustee's fees.

6. This requested relief will allow the Debtor to remain in compliance with the plan while ensuring that all timely filed claims are paid in accordance with the Bankruptcy Code.

WHEREFORE, Debtor prays for an Order granting amortizing the past due plan payments over the life of the plan and directing the Chapter 13 Trustee to recalculate the Debtor's plan payment based upon the amount necessary to pay all timely filed and allowed claims over the sixty (60) month plan term, together with the Trustee's statutory commission.

Granting such other and further requested relief as may be just and proper.

                    Respectfully submitted

                    /s/ Thomas C. Rollins, Jr.
                    Thomas C. Rollins, Jr. (MS Bar No. 103469)
                    Jennifer Ann Curry Calvillo (MS Bar No. 104367)
                    The Rollins Law Firm, PLLC
                    P.O. Box 13767
                    Jackson, MS 39236
                    601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on March 10, 2026, to:

By Electronic CM/ECF Notice:

   Chapter 13 Case Trustee

   U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.