**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Earnestine Weathersby, Debtor**                    **Case No. 24-01114-KMS**
                                                                                   **CHAPTER 13**

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  March 10, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    Jennifer Ann Curry Calvillo (MSBN 104367)
                                                    The Rollins Law Firm, PLLC
                                                    P.O Box 13767
                                                    Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Earnestine Weathersby, Debtor**                    **Case No. 24-01114-KMS**
                                                             **CHAPTER 13**

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 Plan was confirmed on July 9, 2026.

3. Since confirmation, the claims bar date has passed and creditors have filed proofs of claim in this matter.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. The Debtor further requests that the plan payment be recalculated by the Chapter 13 Trustee based upon the amount necessary to pay all timely filed and allowed claims over the remaining portion of the sixty (60) month applicable commitment period, along with any trustee's fees.

6. This requested relief will allow the Debtor to remain in compliance with the plan while ensuring that all timely filed claims are paid in accordance with the Bankruptcy Code.

WHEREFORE, Debtor prays for an Order granting amortizing the past due plan payments over the life of the plan and directing the Chapter 13 Trustee to recalculate the Debtor's plan payment based upon the amount necessary to pay all timely filed and allowed claims over the sixty (60) month plan term, together with the Trustee's statutory commission.

Granting such other and further requested relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on March 10, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

1

2

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

4

IN RE:

CASE NO: 24-01114

5

EARNESTINE WEATHERSBY

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

6

Chapter: 13

7

8

9

10

On 3/10/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

11

12

13

14

15

16

17

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with

18

sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and
incorporated as if fully set forth herein.

19

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.
com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to

20

Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if
fully set forth herein.

21

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been
served electronically with the documents described herein per the ECF/PACER system.

22

DATED: 3/10/2026

23

24

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

25

The Rollins Law Firm

26

702 West Pine St
Hattiesburg, MS 39401

27

601-500-5533
trollins@therollinsfirm.com

28

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

EARNESTINE WEATHERSBY

CASE NO: 24-01114

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 3/10/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-01114
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAR 10 11-59-6 PST 2026

~~(U)ADVANCED RECOVERY SYSTEMS  INC~~

~~(D)ADVANCED RECOVERY SYSTEMS  INC~~

EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

WATSON  NORRIS  PLLC
1880 LAKELAND DRIVE
SUITE G
JACKSON   MS 39216-4972

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

ADVANCE AMERICA
4237B LAKELAND DR
FLOWOOD  MS 39232-9212

ADVANCED RECOVERY SYSTEMS  INC
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON MS 39130-2058

AMERICAN FIRST FINANCE  LLC
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

AMERICAN FIRST FINANCI
PO BOX 565848
DALLAS  TX 75356-5848

ASHRO
3650 MILWAUKEE ST
MADISON  WI 53714-2304

ASHRO LIFESTYLE
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

(P)CAINE  WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

COMENITY CAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMPLETE CREDIT
ATTN BANKRUPTCY
2921 BROWN TRAIL
STE 100
BEDFORD  TX 76021-4174

CREDIT COLLECTION
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD  MA 02062-2679

CREDIT COLLECTION
PO BOX 607
NORWOOD  MA 02062-0607

CREDIT ONE
PO BOX 98872
LAS VEGAS  NV 89193-8872

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXETER FINANCE LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FASTPACE MISSISSIPPI
1621 W PEACE ST
CANTON  MS 39046-9041

GINNYS
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

GINNYS
PO BOX 2825
MONROE  WI 53566-8025

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

JOHN S SIMPSON  ESQ
SIMPSON LAW FIRM  PA
FOR ADVANCED RECOVERY SYSTEMS  INC
PO BOX 2058
MADISON  MS 39130-2058

(P)KLS FINANCIAL SERVICES
PO BOX 565
MORRISVILLE NC 27560-0565

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDNIGHT VELVET
ATTN BANKRUPTCY
1112 7TH AVENUE
MONROE  WI 53566-1364

MIDNIGHT VELVET
ATTN BANKRUPTCY
1112 SEVENTH AVE
MONROE  WI 53566-1364

MIDNIGHT VELVET
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

MONROE  MAIN
ATTN BANKRUPTCY
1112 7TH AVENUE
MONROE  WI 53566-1364

MONROE  MAIN
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

MONTGOMERY WARD
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

PROGRESSIVE INSURANCE
6300 WILSON MILLS RD
CLEVELAND  OH 44143-2182

PURPOSE FINANCIAL INC
PO BOX 3058
SPARTANBURG SC 29304-3058

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND  WA  98083-0788

SAFE CO INSURANCE
PO BOX 6476
CAROL STREAM  IL 60197-6476

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

SEVENTH AVENUE
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS  TX 75380-0849

UNITED CONSUMER
ATTN BANKRUPTCY
865 BASSETT ROAD
WESTLAKE  OH 44145-1194

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS  MO 63304-2225

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

EARNESTINE WEATHERSBY
1553 SIMPSON HWY 28 W
PINOLA  MS 39149-3139

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767