United States Bankruptcy Court
Southern District of Mississippi

In re: Earnestine Weathersby
Debtor

Case No. 24-01114-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad 
Date Rcvd: Sep 02, 2026 Form ID: ntcdsm Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Earnestine Weathersby, 1553 Simpson Hwy 28 W, Pinola, MS 39149-3139 |
| sp | + | Watson & Norris, PLLC, 1880 Lakeland Drive, Suite G, Jackson,, MS 39216-4972 |
| 5372327 | + | Complete Credit, Attn: Bankruptcy, 2921 Brown Trail, Ste 100, Bedford, TX 76021-4174 |
| 5372332 | + | Fastpace Mississippi, 1621 W Peace St, Canton, MS 39046-9041 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 02 2026 23:53:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5372322 | + | Email/Text: bnc@teampurpose.com | Sep 02 2026 19:55:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5396872 | | Email/Text: rboone@simpsonlawfirm.net | Sep 02 2026 19:55:00 | Advanced Recovery Systems, Inc., c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5393087 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 20:01:50 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5372323 | + | EDI: JCAFF | Sep 02 2026 23:53:00 | American First Financi, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5372324 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 5379141 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5372325 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 02 2026 19:55:43 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5372326 | + | EDI: WFNNB.COM | Sep 02 2026 23:53:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5372328 | + | EDI: CCS.COM | Sep 02 2026 23:53:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5372329 | + | EDI: CCS.COM | Sep 02 2026 23:53:00 | Credit Collection, Po Box 607, Norwood, MA 02062-0607 |
| 5372330 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2026 20:01:43 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5372331 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 02 2026 19:55:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |

| | | | | |
|---|---|---|---|---|
| 5376296 | + | EDI: AISACG.COM | Sep 02 2026 23:53:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5379143 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5372333 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Ginnys, Po Box 2825, Monroe, WI 53566-8025 |
| 5527541 | | EDI: JEFFERSONCAP.COM | Sep 02 2026 23:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5397343 | ^ | MEBN | Sep 02 2026 19:53:14 | John S. Simpson, Esq., Simpson Law Firm, P.A., For Advanced Recovery Systems, Inc., P.O. Box 2058, Madison, MS 39130-2058 |
| 5372334 | | Email/Text: BKRsecure@klsfs.com | Sep 02 2026 19:55:00 | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway, Ste 500, Morrisville, NC 27560 |
| 5374026 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 20:01:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5372335 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 20:01:47 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5377627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2026 20:01:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5372339 | | Email/Text: EBN@Mohela.com | Sep 02 2026 19:55:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 5372336 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2026 20:01:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5372337 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Midnight Velvet, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5379116 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5372338 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5379118 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5372340 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5379117 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5372341 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 02 2026 19:55:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 5374254 | + | Email/Text: bnc@teampurpose.com | Sep 02 2026 19:55:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5393656 | | EDI: Q3G.COM | Sep 02 2026 23:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5372342 | | Email/Text: bankruptcies@libertymutual.com | Sep 02 2026 19:55:00 | Safe Co Insurance, PO Box 6476, Carol Stream, IL 60197-6476 |
| 5372343 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5379114 | + | EDI: CBS7AVE | Sep 02 2026 23:53:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5372344 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 02 2026 19:56:00 | United Consumer, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 5391945 | + | EDI: AIS.COM | | |

| | | | |
|---|---|---|---|
| | | Sep 02 2026 23:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5372345 | + EDI: VERIZONCOMB.COM | Sep 02 2026 23:53:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Advanced Recovery Systems, Inc |
| cr | | Advanced Recovery Systems, Inc. |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5378744 | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Earnestine Weathersby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

---

Case No.: 24–01114–KMS
Chapter: 13

In re:
Earnestine Weathersby
fka Earnestine Dudley
1553 Simpson Hwy 28 W
Pinola, MS 39149

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–6632

Employer Tax Identification No(s). (if any):

---

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 2, 2026.

Dated: 9/2/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600