**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Earnestine Weathersby**
**, Debtor**

**Case No. 24-01114-KMS**
**CHAPTER 13**

**FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,523.50 | $29.90 | $2,553.40 | 22 | 07/15/2024 |
| $1,455.50 | $114.64 | $1,570.14 | 38 | 11/13/2024 |
| $1,747.00 | $231.58 | $1,978.58 | n/a | n/a |
| $5726.00 | $376.12 | $6,102.12 | | |

# INVOICE

Invoice # 6503
Date: 06/10/2024
Due On: 07/10/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Earnestine Weathersby
1553 Simpson Hwy 28 W
Pinola, MS 39149

## 05360-Weathersby Earnestine

## Ch 13 hourly - Earnestine

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 04/16/2024 | Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $155.00 | $31.00 |
| Service | BM | 04/16/2024 | Initial review of all documents: Information packet, pay stubs, tax returns, bank statements | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/18/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed debtors credit report in search of student loans. Found student loans and drafted email to debtor with instructions on how to get us the documents for filing. | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/19/2024 | Incoming Call: Phone conference with debtor discussing the list of needed documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/23/2024 | Review and organize documents provided by debtor: Reviewed and organized student loan document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/25/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to determine up to date documents needed for filing. Drafted email to debtor with updated list of documents needed for filing. | | | |
| Service | BB | 04/25/2024 | Call Debtor: Phone conference with debtor at debtors request discussing the list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/25/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized missing tax pages and bank documents into client documents file. Debtor completed the profit and loss statement for the whole year on one page. Drafted email to debtor explaining that we need each month separately. | 0.40 | $100.00 | $40.00 |
| Service | BB | 04/29/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized pay stub and profit and loss statements into client documents file. Drafted email to debtor requesting a profit and loss statement for April. | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/29/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized profit and loss statement for April into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/30/2024 | Final review of all documents to prepare for case input | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/01/2024 | Incoming Call: Phone conference with debtor requesting an update on their case. Informed debtor that their file is in review with the attorney and once they are finished we will contact them to schedule an appointment to meet with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/01/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/01/2024 | Prepare matrix for Δ to review | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/01/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.40 | $360.00 | $144.00 |
| Service | BM | 05/02/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/06/2024 | Incoming Call: Call from debtor asking for | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | an update on her case and asked if she had a case number yet. I explained the attorney is still preparing the case and she'll be contact once the attorney is finished. Also explained that she'll get a case number after the case is filed. | | | |
| Service | BM | 05/07/2024 | Contact Debtor (Text/Email): Drafted follow up text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/08/2024 | Incoming Call: Telephone conference with debtor to obtain 2 emergency contacts- added to related contacts; debtor wanted to confirm that the text she received from us requesting the contacts was actually our firm and not a scam | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/08/2024 | Input Case - prepare schedules A/B, C. Research nada value for 3 vehicles. Provide treatment for secured debts on schedule D | 0.40 | $360.00 | $144.00 |
| Service | KR | 05/08/2024 | Contact Debtor (Text/Email): Drafted email to debtor with the list of creditors to review for filing | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/08/2024 | Input Case - calculate income for MT, schedule I, prepare schedule J, sofa. Calculate plan payment | 0.30 | $360.00 | $108.00 |
| Service | JAC | 05/08/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/09/2024 | Call Debtor: Telephone conference with debtor about her filing option; reviewed the chapter 13 plan option and explained the filing process; she would like to proceed with the filing; informed her that our office will be reaching out to her to start the next step | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/09/2024 | Review clio memo re: Δ ready to move forward with filing | 0.10 | $360.00 | $36.00 |
| Service | BM | 05/09/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/10/2024 | Review clio memo re: Δs signing appt scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/10/2024 | Prepare SIgning Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/10/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.50 | $360.00 | $180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/10/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.30 | $360.00 | $108.00 |
| Service | KR | 05/10/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them that their chapter 13 case has been filed and provided their case number | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/13/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/13/2024 | Contact Debtor (Text/Email): Reviewed plan; drafted email to debtor with their plan payment and what to do/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/14/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice: Mail Plan | 0.30 | $360.00 | $108.00 |
| Service | JAC | 05/14/2024 | Review: 24-01114-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/15/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 05/15/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $29.90 | $29.90 |
| Service | BB | 05/15/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/16/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/17/2024 | Review: 24-01114-KMS Order Upon Employer Directing Deductions from Pay Document #12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/17/2024 | Review: Proof of Claim 24-01114-KMS LVNV Funding, LLC Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/17/2024 | Review: Proof of Claim 24-01114-KMS | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Purpose Financial Inc Document # 2 | | | |
| Service | BB | 05/20/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/22/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J for sources of income and financial accounts; reviewed bank statements, pay advices, taxes and identification for the Meeting of Creditors; created list of missing documents for VM to request for the Meeting of Creditors | 0.40 | $155.00 | $62.00 |
| Service | VM | 05/22/2024 | Call Debtor: Phone Conference with debtor about missing documents, asked if I could send her a email listing the documents she needed. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/22/2024 | Contact Debtor (Text/Email): Contacted debtor with instructions on how to get started with the second credit course counseling | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/22/2024 | Call Debtor: Phone conference with debtor determining she would like to attend her meeting of creditors in our office. Scheduled to our calendar Debtor also requested the second credit course information. Drafted text to debtor with requested information and informed her of our Jackson offices new address. | 0.30 | $100.00 | $30.00 |
| Service | TR | 05/23/2024 | Review: Proof of Claim 24-01114-KMS Exeter Finance LLC Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | VM | 05/28/2024 | Call Debtor: Phone Conference with debtor, I asked for an update on missing paperwork. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/29/2024 | Review: Proof of Claim 24-01114-KMS MERRICK BANK Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | VM | 05/30/2024 | Review and organize documents provided by debtor: Reviewed documents from debtor, uploaded to matter. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/31/2024 | Review: 24-01114-KMS Personal Financial Management Course (Certificate) Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01114-KMS Exeter Finance LLC Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01114-KMS Monroe & Main Document # 9 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01114-KMS Montgomery Ward Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01114-KMS Seventh Avenue Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01114-KMS Ashro Lifestyle Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01114-KMS Ginny's Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | VM | 05/31/2024 | Call Debtor: Contacted debtor about missing paystub. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/31/2024 | Review and organize documents provided by debtor: Received missing pay stub from client, uploaded document in respected folder. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/03/2024 | Review and organize documents provided by debtor: Reviewed and prepared bank statements, pay advices, taxes and identification for upload to the Trustee's website for the Meeting of Creditors | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/03/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 06/04/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/05/2024 | Incoming Call: Phone conference with debtor stating that her wage order has not taken effect and inquired if and how to make her first payment. Researched and provided all necessary information in a text to the debtor. Requested the debtor confirm with her employer if they received the wage order. | 0.30 | $100.00 | $30.00 |
| Service | TR | 06/10/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.3 | $360.00 | $1,188.00 |
| Thomas Rollins | Attorney | 1.7 | $360.00 | $612.00 |
| Brooke Brueland | Non-Attorney | 2.8 | $100.00 | $280.00 |

| | | | | |
|---|---|---|---|---|
| Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Breanne McDaniel | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 1.5 | $155.00 | $232.50 |
| | | | **Total** | **$2,553.40** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6503 | 07/10/2024 | $2,553.40 | $0.00 | $2,553.40 |
| | | | **Outstanding Balance** | **$2,553.40** |
| | | | **Total Amount Outstanding** | **$2,553.40** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

# INVOICE

Invoice # 7070
Date: 10/15/2024
Due On: 11/14/2024

ROLLINS LAW FIRM

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Earnestine Weathersby

### 05360-Weathersby Earnestine

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 06/10/2024 | Drafted and reviewed invoice for attorney and expense fees; drafted First Application for Compensation; drafted email memo to TR re: review First Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 06/11/2024 | Review and approve fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/11/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the invoice, the 21 day Notice and the Application for Compensation for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/12/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BB | 06/14/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/20/2024 | Review email from debtor: Reviewed email | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | from debtor stating her wage order still has not started. Inquired if her company has received the document. | | | |
| Service | TR | 06/25/2024 | Ch 13 Meeting of Creditors | 0.30 | $360.00 | $108.00 |
| Service | BM | 06/26/2024 | Reviewed email from debtor confirming her employer has received the wage order, debtor made her first payment manually and it was posted on 6/13/24. Reviewed NDC website to confirm. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/08/2024 | Review: Proof of Claim 24-01114-KMS Verizon Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/09/2024 | Review and sign confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/10/2024 | Review docket for Confirmation Hearing 7/16/2024 - no issues remain | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2024 | Review: 24-01114-KMS Order Confirming Chapter 13 Plan Document #19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-01114-KMS American First Finance, LLC Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/10/2024 | Reviewed NDC website and confirmed the wage order has started and the Trustee is receiving payment. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/12/2024 | Review: Proof of Claim 24-01114-KMS Quantum3 Group LLC as agent for Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/15/2024 | Review: 24-01114-KMS Order on Application for Compensation Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/19/2024 | Review: Proof of Claim 24-01114-KMS Advanced Recovery Systems, Inc. Document # 15 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/19/2024 | Review: 24-01114-KMS Notice of Appearance Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/23/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/23/2024 | Review: 24-01114-KMS Motion to Increase/Decrease Payment Into Plan Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/23/2024 | Call to simpson county circuit clerk to determine the best way to identify the judgement in our motion to avoid the lien - | 0.20 | $360.00 | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | she said to just put the case number | | | |
| Service | KR | 07/24/2024 | Reviewed Proof of Claim filed by Advanced Recovery for the Judgement; reviewed Judgment; drafted Motion to Avoid Judicial Lien; drafted email memo to TR re: review Motion to Avoid Lien | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/24/2024 | Review and revise Motion to Avoid drafted by KR | 0.30 | $360.00 | $108.00 |
| Service | KR | 07/24/2024 | Call Debtor: Reviewed email from TR re: Motion to Avoid Lien; telephone conference with debtor about the full legal description of the property; she will email me the deed tomorrow from work | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/25/2024 | Review email from debtor: Reviewed email from debtor with the deed; merged with existing client documents | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/25/2024 | Revised Motion and Order to Avoid Lien listing the full legal description | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/25/2024 | Review email from Attorney: Reviewed email memo from TR re:Motion Avoiding Lien; revised Motion and Order; drafted email memo to TR re:review Motion Avoiding Lien | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/26/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Avoid Lien; prepared the Motion and the Notice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/26/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Avoid Lien, 21 day Notice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/20/2024 | Review: 24-01114-KMS Increase/Decrease Plan Payment Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/20/2024 | Review: 24-01114-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/21/2024 | Review: 24-01114-KMS Order on Motion to Avoid Lien Document# 32 - draft instruction so to VM to get certified copies of the order | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/04/2024 | Draft cover page and 2 letters to circuit and chancery court - re: order avoiding lien | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/14/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| | | | | **Services Subtotal** | | **$1,455.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/12/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $59.76 | $59.76 |
| Expense | 07/26/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| Expense | 08/21/2024 | Certified Copy of Order - Filing Fee | 1.00 | $24.00 | $24.00 |
| Expense | 09/04/2024 | Chancery Court Filing Fee | 1.00 | $26.00 | $26.00 |
| | | | | **Expenses Subtotal** | **$114.64** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | Attorney | 2.5 | $360.00 | $900.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 2.1 | $155.00 | $325.50 |
| | | | **Subtotal** | **$1,570.14** |
| | | | **Total** | **$1,570.14** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6503 | 07/10/2024 | $2,553.40 | $0.00 | $2,553.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7070 | 11/14/2024 | $1,570.14 | $0.00 | $1,570.14 |
| | | | **Outstanding Balance** | **$4,123.54** |
| | | | **Total Amount Outstanding** | **$4,123.54** |

# INVOICE

Invoice # 9602
Date: 10/13/2026
Due On: 11/12/2026


# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States


Earnestine Weathersby

## 05360-Weathersby Earnestine

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 10/15/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; reviewed court docket for previous orders; drafted 2nd Application for Compensation, 21 day Notice and the Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/15/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/15/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the 21 day Notice and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/16/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order, and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 11/18/2024 | Review: 24-01114-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 40 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 11/19/2024 | Review: 24-01114-KMS Trustee Correspondence Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/19/2024 | Review: 24-01114-KMS Order on Application for Compensation Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/16/2025 | Review email from debtor: Reviewed email from debtor stating they have filed a lawsuit and attached related documents. Drafted email informing KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/16/2025 | Review and respond to email memo: Reviewed email memo from BB re: civil lawsuit; drafted email memo to BM inquiring the debtor has an attorney representing her or if she has been contacted by someone | 0.10 | $155.00 | $15.50 |
| Service | BB | 07/17/2025 | Review and respond to email memo: Reviewed email memo from KR inquiring if the debtor is using an attorney or if someone contacted her. Drafted email to debtor inquiring. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/17/2025 | Review email from debtor: Reviewed email from debtor providing information of her lawyer for the filed lawsuit. Drafted email to KR informing. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/21/2025 | Call Debtor: Telephone conference with debtor about the civil lawsuit and the Application to Employ Watson & Norris PLLC; drafted Application to Employ and drafted internal message to TR re: review Application to Employ | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/22/2025 | Review Application to Employ | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/22/2025 | Review and respond to email memo: Reviewed internal message from TR re: Application to Employ; revised the Application to state EEOC case; drafted email to Watson & Norris PLLC the Application to review and fill out the affidavit | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/25/2025 | Reviewed email from Watson & Norris with the filled out affidavit for the Application to Employ; prepared the Application to Employ, the Proposed Order and the affidavit for review; drafted internal message to TR re: review Application to Employ | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 07/25/2025 | Review email from Attorney: Reviewed internal message from TR re: Application to Employ; prepared the Application to Employ and Exhibit A for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/25/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application to Employ, the Notice with the Declaration of Mailing attached, the Proposed Order and Exhibit A for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/19/2025 | Review: 24-01114-KMS Order on Application to Employ Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/20/2025 | Incoming Call: Telephone conference with debtor inquiring about the settlement she will be receiving from her lawsuit; informed the debtor that the Trustee will more than likely use the settlement towards the debt in her case | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/21/2025 | Reviewed email from the Trustee's office about amended schedule B; amended schedule B in Best Case | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/22/2025 | Drafted email memo to JAC re: review amended schedule B to add the post-petition EEOC lawsuit | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/25/2025 | review & approve drafted schedule B | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/25/2025 | Review email from Attorney: Reviewed email memo from JAC re: amended schedule B; prepared the amended schedule B for signing; drafted email memo to debtor with the amended schedule B to review and sign to add the EEOC lawsuit so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/26/2025 | Call Debtor: Called debtor; phone not in service; drafted email requesting her to review and sign the amended B to add the pending lawsuit into her plan and also requested a current contact number | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/26/2025 | Reviewed amended schedule B signed by debtor; revised amended schedule B in best case with all signatures and dates; prepared the Amended schedule B for upload to the court | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 09/03/2025 | Incoming Call: Telephone conference with debtor; she wanted to know the process of the funds she is receiving for the EEOC lawsuit; explained that the Trustee will receive the funds and pay the attorney she hired; they will use the remaining to pay towards her case; had to review all debts that filed a claim with her to help her understand how they determined how much she owes. | 0.30 | $155.00 | $46.50 |
| Service | KR | 09/18/2025 | Draft Motion: Drafted Motion Approve Settlement and Distribution of Proceeds; drafted internal message to TR re: review Motion | 0.30 | $155.00 | $46.50 |
| Service | KR | 10/01/2025 | Review email from Attorney: Reviewed internal message from TR re: revisions needed per Motion to Approve Settlement/Compensation | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/08/2025 | Revised Motion to Approve Settlement/Compensation; drafted internal message to TR re: review revised Motion | 0.20 | $0.00 | $0.00 |
| Service | KR | 10/10/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Approve Settlement; revised dates; prepared the Motion and the Notice for upload to Certificate of Service | 0.30 | $0.00 | $0.00 |
| Service | KR | 10/14/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Approve Settlement/Compensation , Proposed Order and the Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | SA | 11/04/2025 | Incoming Call: ∆ called to inquire about a settlement check from a lawsuit; advised ∆ that KR was unavailable; took message and drafted email to KR regarding same | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/05/2025 | Review: 24-01114-KMS Order on Motion to Approve Compromise or Settlement Document# 52 | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/05/2025 | Incoming Call: Telephone conference with debtor called wanting to know why the Trustee has not received the funds from her legal suit; informed debtor to reach out to the attorney | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | that handled the lawsuit to find out when they are issuing the funds to the Trustee. | | | |
| Service | KR | 11/19/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Approve Settlement; reviewed court docket for the Motion and the Order; drafted email memo to TR re: Motion to Approve Settlement | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/02/2026 | Call Debtor: Reviewed email from the Trustee office re: insurance funds; telephone conference with debtor about the insurance check being made out to her but she will need to forward the check to them | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/07/2026 | Call Debtor: Telephone conference with debtor to verify if she has received the funds from the insurance company; she has not received but will contact me once she has; drafted email to the Trustee's office informing them that she has not received but she does know she will need to forward once she receives | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/07/2026 | Reviewed email from the Trustee's office stating that she will need to endorse the insurance check and then sign over to them | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/14/2026 | Call Debtor: Phone conference with debtor to verify if she has received the funds from the insurance company; she has not | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/21/2026 | Call Debtor: Phone conference with debtor to verify if she has received the funds from the insurance company; she is going to reach out to them to see what is going on | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/27/2026 | Reviewed email from the Trustee's office stating they have received the insurance check; drafted email to the trustee inquiring if the debtor mailed or did they receive it from the insurance company | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/28/2026 | Reviewed email from the Trustee's office stating that the check they received for the funds from the lawsuit was from the insurance company | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2026 | Incoming Call: Phone conference with | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor about the settlement being received; wanted to know how much she has left and if that took care of her delinquency; drafted email to the Trustee's office | | | |
| Service | KR | 02/02/2026 | Call Debtor: Phone conference with debtor about the settlement from the lawsuit, the plan delinquency and the loss of work; stated she is no longer working and can not afford her plan payments or able to catch up on the delinquency; drafted email memo to JAC re: plan options | 0.30 | $155.00 | $46.50 |
| Service | JAC | 02/03/2026 | review & respond to email from KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/03/2026 | Review email from debtor: Reviewed email memo from JAC re: conversion; drafted email to JAC inquiring about other options | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/04/2026 | review & respond to email from kr | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/04/2026 | Review email from Attorney: Reviewed email memo from JAC re: bankruptcy options | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/13/2026 | Drafted email to the trustee's office requesting an amount of the payoff still left since they are issuing checks for the month of February | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/18/2026 | Call Debtor: Called debtor left message requesting a call back | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/20/2026 | Call Debtor: Phone conference with debtor about balance still owed on her case and the delinquency; she stated that she should not owe this much and inquired about converting to a chapter 7; explained if she converts to a chapter 7 there is chance she could lose her home due to the equity in the home; she was not happy stated that it makes no sense; she does not want to lose her home and that she needs to get with her family attorney to figure out her options since she can not make her payments since she only received unemployment which is about $200/week; requested the documents showing why she owes so much | 0.30 | $155.00 | $46.50 |
| Service | KR | 02/25/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the payments | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | received and the balances still owed for the creditors per her request | | | |
| Service | KR | 02/27/2026 | Call Debtor: Phone conference with debtor about the funds that were credited to her case and also why she can not convert or lower her plan payment since she can not work; also wants to know why the payment could not have been used towards the delinquency; she would like to speak with an attorney | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/02/2026 | Review email from Attorney: Reviewed emails from TR re: Motion to Modify to Cure and lower plan payment | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/03/2026 | Call w/ client to discuss modifying plan | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/09/2026 | Draft Notice, Motion & Order: Drafted Motion to Cure Payments and reduce payments; drafted internal message to TR re: review Motion to suspend and cure | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/10/2026 | Reviewed internal message from TR re: Motion to Modify; prepared the Notice and the Motion to Modify for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/10/2026 | Received the Declaration of Mailing from Certificate of Service; prepared the Motion to Allow Payment Arrearage, the Proposed Order and the 30 Day Notice with the Declaration attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/12/2026 | Review email from Attorney: Received email memo from TR and JAC re: Order per the Motion to Allow Payment Arrearages; created task for JAC to revise order | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/15/2026 | Review: 24-01114-KMS Order on Motion to Allow Payment Arrearages Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/15/2026 | Review: 24-01114-KMS Release of Wages Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/15/2026 | Review: 24-01114-KMS Trustee Correspondence Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/06/2026 | Call Debtor: Reviewed court docket | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | for the Motion to Dismiss to verify the delinquency; reviewed the Trustee's website to verify how the delinquency incurred; phone conference with debtor; she is unable to make a payment; says her income and expenses are just too high; she is probably going to let her case dismiss | | | |
| Service | JAC | 08/07/2026 | Review: 24-01114-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/19/2026 | Review: 24-01114-KMS Notice of Change of Address Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/02/2026 | Review: 24-01114-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/16/2026 | Review: 24-01114-KMS Chapter 13 Trustee Final Report and Account (batch) Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/13/2026 | Draft Fee Application and Proposed Order: Reviewed Best Case for the previous orders and invoices; reviewed the Trustee's website to verify amount of attorney's fees paid; drafted 1st part of the Final Application and Lodestar using totals from the invoices, orders previously filed and the Trustee's website | 0.30 | $155.00 | $46.50 |
| | | | | | **Services Subtotal** | **$1,747.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/16/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $63.14 | $63.14 |
| Expense | 07/25/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 07/25/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 10/10/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $39.99 | $39.99 |
| Expense | 10/10/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $39.99 | $39.99 |
| Expense | 03/10/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $39.99 | $39.99 |
| Expense | 03/10/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $39.99 | $39.99 |
| | | | | **Expenses Subtotal** | **$231.58** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.2 | $360.00 | $432.00 |
| Thomas Rollins | Attorney | 0.7 | $360.00 | $252.00 |
| Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Kerri Rodabough | Non-Attorney | 6.6 | $155.00 | $1,023.00 |
| Kerri Rodabough | Non-Attorney | 1.1 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,978.58** |
| | | | **Total** | **$1,978.58** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6503 | 07/10/2024 | $2,553.40 | $0.00 | $2,553.40 |
| 7070 | 11/14/2024 | $1,570.14 | $0.00 | $1,570.14 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9602 | 11/12/2026 | $1,978.58 | $0.00 | $1,978.58 |
| | | | **Outstanding Balance** | **$6,102.12** |
| | | | **Total Amount Outstanding** | **$6,102.12** |